UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WILLIAM CUCCIA as parent and natural guardian
of WILLIAM CUCCIA, JR., and WILLIAM CUCCIA,
Individually,

                                        Plaintiffs,

                                                            Index No. 1:03-CV-574

                -against-

BRASS EAGLE, INC. and KMART CORPORATION,

                                        Defendants

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

the attorneys of record in the above entitled action, that whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed and no person not a party has an

interest in the subject matter of the action, the above-entitled action be, and the same hereby is

discontinued as against the defendant, upon the merits, with prejudice, without cost to any party

as against any other.  This stipulation may be filed without further notice with the Clerk of the

Court.

DATED:        Albany, New York
              September _9_, 2005

_____                    _____
Daniel A. Seymour, Esq.                      William J. Greagan, Esq.
Bank, Sheer & Seymour                        Goldberg Segalla, LLP
*Attorneys for Plaintiffs*                   *Attorneys for Brass Eagle, Inc.*
399 Knollwood Road, Suite 220                7 Southwoods Boulevard, Suite 204
White Plains, New York  10603                Albany, New York  12211

_____
SO ORDERED         Neal G. Mc Cun
                        9/16/04

TOTAL P.05